ATLANTA AND WEST POINT RAILROAD COMPANY *v.* HANDLEY.

CANDLER, J. No complaint is made that the court below committed any error of law. The evidence warranted the verdict, and there was no error in overruling the motion for a new trial, which was based only on the general grounds. *Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent.*

Argued November 18, — Decided December 11, 1902.

Complaint. Before Frank Harwell, judge pro hac vice. City court of LaGrange. June 30, 1902.

*Dorsey, Brewster & Howell* and *A. H. Thompson,* for plaintiff in error. *E. T. Moon,* contra.